UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FDR Services Corporation of Virginia, Inc.<br><br>    Plaintiff,<br><br>v.<br><br>District of Columbia, et al.<br><br>    Defendants. | Case No. 20-cv-03852-KBJ<br><br>Hon. Ketanji Brown Jackson |

### MOTION TO VACATE ENTRY OF DEFAULT AGAINST DEFENDANT NOT-FOR-PROFIT HOSPITAL CORPORATION

Defendant Not-For-Profit Hospital Corporation ("NFPHC"), commonly known as United Medical Center, by and through counsel, and pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, moves this Court: (1) to vacate the default entered against it by the Clerk of the Court on March 3, 2021; and (2) to order the Clerk to accept for filing the Verified Answer accompanying the instant motion, attached as Exhibit A.

As explained in the attached Verified Answer and accompanying Memorandum of Points and Authorities in Support of this Motion, NFPHC demonstrates good cause for the Court to vacate the entry of default.

Pursuant to Local Civil Rule 7(c) of this Court, a proposed order is attached as Exhibit B.

Pursuant to Local Civil Rule 7(m) of this Court, counsel for NFPHC contacted counsel for Plaintiff on March 19, 2021 to seek consent to vacate the entry of default. Plaintiff's counsel stated that Plaintiff would not consent to the relief requested.

Dated: March 22, 2021

Respectfully submitted,

CARLTON FIELDS, P.A.

By: */s/ Emil Hirsch*
Emil Hirsch (D.C. Bar No. 930479)
ehirsch@carltonfields.com
Emily Green (D.C. Bar No. 1025121)
egreen@carltonfields.com
1025 Thomas Jefferson Street, NW
Suite 400 West
Washington, DC 20007
Telephone: (202) 965-8100
Facsimile: (202) 965-8104

*Attorneys for Defendant Not-For-Profit Hospital Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March 2021, I served a copy of the foregoing Motion to Vacate Entry of Default Against Defendant Not-For-Profit Hospital Corporation via the Court's ECF system on the following:

Thomas A. Mauro, Esq.
Mauro Law Offices, P.C.
1776 K Street NW, 2nd Floor
Washington, DC 20006
Phone: (202) 452-9865
Fax: (202) 331-1940
Email: tmauro@tmaurolaw.com

*Attorney for Plaintiff*
*FDR Corporation Services of Virginia, Inc.*


Matthew D. Trout
Office of the Attorney General for the District of Columbia
Civil Division
400 Sixth Street, NW
Washington, DC 20007
Phone: (202) 724-5695
Fax: (202) 724-6590
Email: matthew.trout1@dc.gov

*Attorney for Defendant District of Columbia*


                                            By: */s/ Emily Green*_____