UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FDR SERVICES CORPORATION OF VIRGINIA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:20-cv-03852 (JMC) |
| ) | |
| THE DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER DISMISSING
NOT-FOR-PROFIT HOSPITAL WITHOUT PREJUDICE**

The matter is before the Court on the Consent Motion of Plaintiff FDR Services Corporation of Virginia, Inc. to dismiss Defendant Not-For-Profit Hospital Corporation pursuant to Rule 41(a)(2) without prejudice. Upon consideration of the Motion and the entire record herein, it is this 25th day of July, 2022,

ORDERED, that the Motion of Plaintiff FDR Services Corporation of Virginia, Inc. to dismiss Defendant Not-For-Profit Hospital Corporation pursuant to Rule 41(a)(2) without prejudice is GRANTED; and it is further

ORDERED, that Count III, Count IV, and Count VI of the above-captioned action are dismissed without prejudice as to Defendant Not-For-Profit Hospital Corporation only.

_____
JIA M. COBB
UNITED STATES DISTRICT JUDGE

Copies electronically served on all Counsel of record.